**Order entered February 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01019-CV

### USAA CASUALTY INSURANCE COMPANY, Appellant

### V.

### SUNNY LETOT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00156-E**

## ORDER

Before the Court is appellant's February 1, 2021 unopposed motion for a ten-day extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 11, 2021.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE